# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

THOMAS J. SNIEG,
        Plaintiff,

v.                                 Case No. 23-CV-353

KILOLO KIJAKAZI,
        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, based on the parties' stipulation, this case is remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

    IT IS FURTHER ORDERED that this action be and hereby is dismissed.

Date: October 23, 2023

                                      Gina Colletti, Clerk of Court
                                      EASTERN DISTRICT OF WISCONSIN
                                      (By) Deputy Clerk, s/Tony Byal
                                      Approved this 23rd day of October, 2023.

                                      WILLIAM E. DUFFIN
                                      United States Magistrate Judge